UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDERS, WALTER II

                      Plaintiff,

-against-

ANTHONY JOHN BLINKEN, ET AL,

                    Defendants.

22-CV-9414 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 20, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 20, 2023
              New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge